# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
### U.S. Court House
### 600 West Capitol, Suite A149
### Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 2:11-cv-213

True and correct copies of document # **7, 8** along with a copy of the NEF were mailed by the clerk to the following on 01/18/2012

David M Young Reg #04152-003  (w/1983 appellate pkt.)
FORREST CITY LOW
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail / Parcels
Post Office Box 9000
Forrest City, AR 72336-9000