IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MIKE HURST                                                                PLAINTIFF

v.                            No. 5:11-cv-226-DPM

GERALD ROBINSON, Individually
and in his Official Capacity as Sheriff,
Jefferson County, Arkansas; and MIKE
HOLCOMB, Individually and in his
Official Capacity as County Judge,
Jefferson County, Arkansas                                         DEFENDANTS

## JUDGMENT

Hurst's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2013